U.S. COURTS

# UNITED STATES DISTRICT COURT
for the
District of Idaho

SEP 05 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Nathanael Donald Lewis )
)
*Plaintiff* )
) Case No: 2:24-cv-364
v. )
)
Antony L. Blinken, *in his Official* )
*capacity as Secretary of State, et al.,* )
)

## PROOF OF SERVICE

I, Lawrence Donald Lewis, hereby declare that on the 26th day of August, 2024, I received a printout of the United States Postal Service package tracking website whereby the complaint, motion to compel, and all exhibits as reported in my certificates of service by mail, we received by the parties listed below. USPS tracking is attached herewith, and I certify under penalty of perjury that the information is authentic as reported on the USPS website. The parties received the complaint, etc., today, August 26, 2024, according to the tracking information below and the attached USPS report:

Antony L. Blinken
Certified mail # 7019 2970 0001 0479 9788  (pages 2 and 3 of 11, attached)

Attorney General Merrick Garland
Certified mail # 7019 2970 0001 0479 9771 (pages 4 and 5 of 11, attached)

Paul Peek
Certified mail # 7019 2970 0001 0479 9795 (pages 6 and 7 of 11, attached)

Scott M. Miller
Certified mail # 7019 2970 0001 0479 9801 (pages 8 and 9 of 11, attached)

Celeste F.
Certified mail # 7019 2970 0001 0479 9818 (pages 10 and 11 of 11, attached)

Under the penalty of perjury under the laws of the United States,

*Lawrence Donald Lewis* (Date) 27 AUG 2024
Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

Proof of Service, Lewis v. Blinken, et al., p. 1 of 11

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70192970000104799788**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

*Redelivery Scheduled for Next Business Day*
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:15 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

**70192970000104799771**

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on August 26, 2024 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
August 26, 2024, 5:02 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
August 24, 2024, 10:36 am

### Arrived at Post Office
WASHINGTON, DC 20018
August 24, 2024, 7:41 am

### In Transit to Next Facility
August 20, 2024

### Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

### Arrived at USPS Regional Origin Facility
SPOKANE WA DISTRIBUTION CENTER

Proof of Service, Lewis v. Blinken, et al., p. 4 of 11

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:16 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                 ∨

**USPS Tracking Plus®**                                                                  ∨

**Product Information**                                                                  ∨

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers                                                       ]

# Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

**70192970000104799795**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:18 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates                              ∨

## USPS Tracking Plus®                              ∧

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until August 16, 2026. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$3.75**

5 Years
**$4.75**

7 Years
**$5.75**

10 Years
**$6.75**

☐ I have read, understand, and agree to the **Terms and Conditions. (https://www.usps.com/terms-conditions/tracking-plus.htm)**

# USPS Tracking®

FAQs >

**Tracking Number:**

**70192970000104799801**

Remove ✕

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:17 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                           ⌄

**USPS Tracking Plus®**                                            ⌄

**Product Information**                                            ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70192970000104799818

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:13 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ∨

**USPS Tracking Plus®** ∨

**Product Information** ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Case 2:24-cv-00364-AKB   Document 5   Filed 09/05/24   Page 12 of 12