The State Dept wants to force us to belong to their "Club" by coercion, with no law to give them that authority.

I'm 74 years of age + this was NOT the reason I served 3 yrs in US Army, voluntarily, in middle of Vietnam war.

Thank you,
– Larry

Well Anne,

Here is the "full circle" of the Proof of Svc, Hardcopy –

Thank you for your help + thoroughness. (e-mail AND phone msg.) Appreciated.

Larry

Note ☆

→ currently pretty much "NON PERSONS" in the USSA & trying to get Fed Courts to remedy this misscarriage of "justice" & bureaucratic overreach.