# UNITED STATES DISTRICT COURT
### for the
### District of Idaho

**U.S. COURTS**
**SEP 0 5 2024**
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Nathanael Donald Lewis )
)
*Plaintiff* )
)  Case No: 2:24-cv-364
v. )
)
Antony L. Blinken, *in his Official* )
*capacity as Secretary of State, et al.,* )
)

## PROOF OF SERVICE

I, Nathanael Donald Lewis, hereby declare that on the 26th day of August, 2024, I received a printout of the United States Postal Service package tracking website whereby the complaint, motion to compel, and all exhibits as reported in my certificates of service by mail, we received by the parties listed below. USPS tracking is attached herewith, and I certify under penalty of perjury that the information is authentic as reported on the USPS website. The parties received the complaint, etc., today, August 26, 2024, according to the tracking information below and the attached USPS report:

Antony L. Blinken
Certified mail # 7019 2970 0001 0479 9788  (pages 2 and 3 of 11, attached)

Attorney General Merrick Garland
Certified mail # 7019 2970 0001 0479 9771 (pages 4 and 5 of 11, attached)

Paul Peek
Certified mail # 7019 2970 0001 0479 9795 (pages 6 and 7 of 11, attached)

Scott M. Miller
Certified mail # 7019 2970 0001 0479 9801 (pages 8 and 9 of 11, attached)

Celeste F.
Certified mail # 7019 2970 0001 0479 9818 (pages 10 and 11 of 11, attached)

Under the penalty of perjury under the laws of the United States,

*/s/ Nathanael Lewis*  (Date) 8/27/2024
Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

Proof of Service, Lewis v. Blinken, et al., p. 1 of 11