NORDMAN, ID 83848
SEP 03, 2024
$10.72
R2305K135951-2

83724

RDC 99

7019 2970 0001 0479 6336

U.S. District Court
550 West Fort Street
Boise
Idaho  83724

83704

U.S. MARSHAL
District of Idaho
SEP 05 2024

Lawrence Lewis
966 Bourbon Ln
Nordman, ID 83848





