U.S. COURTS

Rcvd_____ Filed_____ Time_____
DEC 1 0 2024
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Nathanael Donald Lewis ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No: 2:24-cv-00364, AKB |
| v. ) | |
| ) | |
| Antony L. Blinken, et al. ) | |
| ) | |
| *Defendants* ) | |

## PLAINTIFF/PETITIONER DEMAND FOR ENTRY OF DEFAULT

### I. Defendants Have Exceeded the Deadline to Appear and to Answer the Complaint.

1. Pursuant to the Federal Rules of Civil Procedure, Rule 4(b), the Defendants United States, Antony L. Blinken, Paul Peek, Steven A. Miller and Celeste F. were served the summons to appear on August 26, 2024 (ECFs 3, 3-1, 4, 4-1, 4-2). The summons issued by the Court were served with the Complaint on all 5 of the defendants. I also enclose ANOTHER certificate of Service on the Court's back page of Summons (Attachment 1). Nothing has changed. Dates of service are the same. I just used the Court's form now, and long before my own Certificate of Service. With the complaint, exhibits and motion to compel, I served the summons on August 26, 2024 (ECFs, 5, 5-1, 5-2 and Affidavit attached herewith, pursuant to Local Rule 4.1).

2. Pursuant to Rule 12(a)(2), the Defendants in their official capacity had until October 25, 2024, to appear and to answer the complaint with its exhibits and my immediate emergency motion to compel the issuance of my passport (ECFs 1, 1-1, 2). The summons form notified the Defendants that not answering within the sixty-day time limit would make them subject to default. They have not appeared, they have not answered, and they are in default.

1

## II. Defendants Have Exceeded the Deadline to Oppose the Immediate Emergency Motion to Compel the Issuance of the Passport

3. I filed an Immediate Emergency Injunction Motion to Compel the issuance of my passport. According to Federal Rules of Civil Procedure, Rule 65. The Defendants had 21 days within which to respond to the motion pursuant to Local Rule 7.1.(c), which they have not done. They waived contest to the allegation is the motion (ECF 2), to the allegations in the complaint (ECF 1) and the supporting exhibits (ECF 1-1) that supported the motion, and contest to the motion's demand for relief.

## III. Demand for Relief

4. The allegations of my complaint, the factual basis and authenticity of my exhibits in support, and the allegation of my motion to compel are conceded. The relief which I demanded is not opposed. The facts and proof that I supplied to the Defendants are sufficient and undisputed evidence to support my claim of United States citizenship, and eligibility for a United States passport (ECFs 1, 1-1, and 2).

5. Therefore, pursuant to the powers granted to the district court by 8 U.S.C. § 1503, Proceedings for Declaration of United States Nationality; 28 U.S.C. §§ 1361, Action to Compel an Officer of the United States to Perform His Duty; 1651, Writs; 2201, Declaratory Judgment Act, Creation of Remedy; and 2202, Further Relief; among others cited in the complaint, and according to Rule 55, I respectfully demand that the court:

    a. Order defendant Antony L. Blinken in his official capacity, or his subordinate Paul Peek in his official capacity, to issue the regular passport for which I applied.

    b. Make a finding of fact and conclusions of law that support the order based upon the complaint, its exhibits, and the accompanying immediate emergency motion to compel.

    c. Impose the cost of litigation upon the Defendants.

        d.     Order Defendant United States, for Antony L. Blinken in his official capacity, to pay One Thousand Dollars ($1000.00) to comply with the demand for relief in the Complaint (ECF 1, p. 13, ¶37.).

### IV. Alternative Motion for a Hearing

6.    If there is anything more needed to authenticate the exhibits filed with the complaint should the Defendants' failure to contest the allegations not suffice, as an alternative to the above demand, I move the court to schedule a hearing where I and my witnesses can attest to the validity of the affidavits that are submitted to the court, to ensure that the material evidence conforms to every *iota* of the rules of evidence. I request the hearing be conducted electronically so that my witnesses who are aged can attend the hearing.

7.    A proposed order is submitted but I request the district court judge to make whatever order that would be most effectual and equitable.

27 Nov 2024

Nathanael Donald Lewis
Plaintiff, *Propria Persona*
966 Bourbon Lane
Nordman, Idaho  83848

3