# UNITED STATES DISTRICT COURT
## for the
## District of Idaho

| | |
|---|---|
| Nathanael Donald Lewis ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No: 2:24-cv-00364, AKB |
| v. ) | |
| ) | |
| Antony L. Blinken, et al. ) | |
| ) | |
| *Defendants* ) | |

### ORDER

    IT IS ORDERED this _____ day of _____, 2024: In consideration of the Plaintiff's complaint, motion to compel, and the supporting documentation submitted, the court finds that Nathanael Donald Lewis has shown that he is a natural born citizen of the United States of America, that he applied for a passport, that the passport was unlawfully denied, and that the court has jurisdiction pursuant to 8 U.S.C. § 1503, 28 U.S.C. §§ 1361, 1651, 2201 and 2202, among others, to provide relief. Therefore, the court orders Antony L. Blinken, Secretary of State, United States of America, issue a regular passport for Nathanael Donald Lewis, and to expedite its delivery to Mr. Lewis at his home in Nordman, Idaho.

By the Court

_____
Amanda K. Brailsford, District Court Judge