U.S. COURTS

DEC 10 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

### for the District of Idaho

| | |
|---|---|
| Nathanael Donald Lewis<br><br>    Plaintiff<br><br><br>Antony L. Blinken, in his Official capacity as<br>    Secretary of State, et al., | )<br>)<br>)<br>)<br>)    Case No: 2:24-cv-364 - AKB<br>)<br>)<br>)<br>) |

### <u>CORRECTED PROOF OF SERVICE</u>

I, Lawrence Donald Lewis, hereby declare that on the 26th day of August 2024, I served **ALL** the paperwork for the Lawsuit to the following 5 Defendants.   Included were the **SUMMONSES** issued by the Federal Court in Boise.   All these documents were sent in one package to EACH Defendant on the same day, 26th of August 2024.   Included also is the SECOND statement under penalty of perjury that the **SUMMONSES** were served.   That statement is the District Court's form on the back of the summons, included herewith, signed by me, as sent August 26th, 2024.

The CERTIFIED MAIL RECEIPTS for the original Complaint, **Summons**, and Exhibits were as follows:  I received a printout of the United States Postal Service package tracking website whereby the complaint, **summons**, motion to compel, and all exhibits as reported in my certificates of service by mail, we received by the parties listed below. USPS tracking is attached herewith, and I certify under penalty of perjury that the information is authentic as reported on the USPS website. The parties received the summons and complaint, according to the tracking information below and the attached USPS report:

> Antony L. Blinken
> Secretary of State, United States of America
> Executive Office of the Office of the Legal Adviser, U.S. Department of State
> 600 19th Street NW, Suite 5.60
> Washington, DC  20522
> Certified mail # 7019 2970 0001 0479 9788

> Merrick Garland
> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW

*1 of 22*

Washington, DC 20530-0001
Certified mail # 7019 2970 0001 0479 9771

Paul Peek
Executive Office of the Office of the Legal Adviser, U.S. Department of State
600 19th Street NW, Suite 5.60
Washington, DC 20522
Certified mail # 7019 2970 0001 0479 9795

Scott M. Miller
Executive Office of the Office of the Legal Adviser, U.S. Department of State
600 19th Street NW, Suite 5.60
Washington, DC 20522
Certified mail # 7019 2970 0001 0479 9801

Celeste F.
Executive Office of the Office of the Legal Adviser, U.S. Department of State
600 19th Street NW, Suite 5.60
Washington, DC 20522
Certified mail # 7019 2970 0001 0479 9818

I, Lawrence Donald Lewis, hereby swear that the foregoing statement is true.

*Lawrence Donald Lewis* 27 NOV 2024

Lawrence D. Lewis
966 Bourbon Lane
Nordman, Idaho 83848
208-443-3852
larrynordlewis@povn.com


State of Idaho                    )
County of Bonner                  )

The foregoing instrument was sworn before me by *LAWRENCE DONALD LEWIS*

this 27th day of November, 2024,

Notary signature *Sheryl M Austin*

Registration Number 20190655   Expires 4/1/2025

Notary Name: *Sheryl M Austin*, Notary Public

SHERYL M AUSTIN
COMM. #20190655
NOTARY PUBLIC
STATE OF IDAHO

p 2 of 22

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70192970000104799788

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

_____

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

Proof of Service, Lewis v. Blinken, et al., p. 2 of 11

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:15 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 70192970000104799771

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on August 26, 2024 in WASHINGTON, DC 20530.

───────────────────────────────────────

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
August 26, 2024, 5:02 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 24, 2024, 10:36 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 7:41 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

Feedback

Proof of Service, Lewis v. Blinken, et al., p. 5 of 11

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:16 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ∨

USPS Tracking Plus®    ∨

Product Information    ∨

**See Less** ∧

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
| --- |

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 70192970000104799795

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

    *USPS Tracking Plus®*

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

Proof of Service, Lewis v. Blinken, et al., p. 7 of 11

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:18 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌃

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until August 16, 2026. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$3.75**

5 Years
**$4.75**

7 Years
**$5.75**

10 Years
**$6.75**

☐ *I have read, understand, and agree to the **Terms and Conditions.**
**(https://www.usps.com/terms-conditions/tracking-plus.htm)***

# USPS Tracking®

**FAQs >**

Tracking Number:

# 70192970000104799801

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Remove ✕**

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

# USPS Tracking®

**FAQs** >

Tracking Number:

## 70192970000104799818

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Remove** ✕

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:17 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:13 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# UNITED STATES DISTRICT COURT
### for the District of Idaho

Nathanael Donald Lewis )
)
      Plaintiff )
)
)   Case No: 2:24-cv-364 - AKB
)
)
Antony L. Blinken, in his Official capacity as )
      Secretary of State, et al., )

## <u>CORRECTED PROOF OF SERVICE</u>

I, Lawrence Donald Lewis, hereby declare that on the 26th day of August 2024, I served **ALL** the paperwork for the Lawsuit to the following 5 Defendants.   Included were the **SUMMONSES** issued by the Federal Court in Boise.   All these documents were sent in one package to EACH Defendant on the same day, 26th of August 2024.   Included also is the SECOND statement under penalty of perjury that the **SUMMONSES** were served.   That statement is the District Court's form on the back of the summons, included herewith, signed by me, as sent August 26th, 2024.

The CERTIFIED MAIL RECEIPTS for the original Complaint, **Summons**, and Exhibits were as follows:  I received a printout of the United States Postal Service package tracking website whereby the complaint, **summons**, motion to compel, and all exhibits as reported in my certificates of service by mail, we received by the parties listed below. USPS tracking is attached herewith, and I certify under penalty of perjury that the information is authentic as reported on the USPS website. The parties received the summons and complaint, according to the tracking information below and the attached USPS report:

      Antony L. Blinken
      Secretary of State, United States of America
      Executive Office of the Office of the Legal Adviser, U.S. Department of State
      600 19th Street NW, Suite 5.60
      Washington, DC  20522
      Certified mail # 7019 2970 0001 0479 9788

      Merrick Garland
      United States Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue NW

Washington, DC 20530-0001
Certified mail # 7019 2970 0001 0479 9771

Paul Peek
Executive Office of the Office of the Legal Adviser, U.S. Department of State
600 19th Street NW, Suite 5.60
Washington, DC  20522
Certified mail # 7019 2970 0001 0479 9795

Scott M. Miller
Executive Office of the Office of the Legal Adviser, U.S. Department of State
600 19th Street NW, Suite 5.60
Washington, DC  20522
Certified mail # 7019 2970 0001 0479 9801

Celeste F.
Executive Office of the Office of the Legal Adviser, U.S. Department of State
600 19th Street NW, Suite 5.60
Washington, DC  20522
Certified mail # 7019 2970 0001 0479 9818

I, Lawrence Donald Lewis, hereby swear that the foregoing statement is true.

*Lawrence Donald Lewis*    27 NOV 2024

Lawrence D. Lewis
966 Bourbon Lane
Nordman, Idaho 83848
208-443-3852
larrynordlewis@povn.com


State of Idaho                      )
County of Bonner                    )

The foregoing instrument was sworn before me by *LAWRENCE DONALD LEWIS*

this 27th day of November, 2024,

Notary signature *Sheryl M Austin*

Registration Number 20190655 Expires 4/1/2025

Notary Name: *Sheryl M Austin*, Notary Public

SHERYL M AUSTIN
COMM. #20190655
NOTARY PUBLIC
STATE OF IDAHO

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 70192970000104799788

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

─────────────────────────────────────────

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**

WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**

August 20, 2024

**Departed USPS Regional Facility**

SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**

SPOKANE WA DISTRIBUTION CENTER

Feedback

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:15 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 70192970000104799771

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on August 26, 2024 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
August 26, 2024, 5:02 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 24, 2024, 10:36 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 7:41 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:16 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                        ⌄

**USPS Tracking Plus®**                                                          ⌄

**Product Information**                                                          ⌄

**See Less ⌃**

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70192970000104799795

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

   *USPS Tracking Plus®*

Feedback

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

Proof of Service, Lewis v. Blinken, et al., p. 7 of 11

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:18 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌃

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until August 16, 2026. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$3.75**

5 Years
**$4.75**

7 Years
**$5.75**

10 Years
**$6.75**

☐ *I have read, understand, and agree to the **Terms and Conditions.
(https://www.usps.com/terms-conditions/tracking-plus.htm)***

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 70192970000104799801

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:17 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ∨

**USPS Tracking Plus®**                                                     ∨

**Product Information**                                                     ∨

**See Less** ∧

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

# USPS Tracking®

FAQs ❯

Tracking Number:

**Remove** ✕

# 70192970000104799818

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:54 am on August 26, 2024 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
August 26, 2024, 5:54 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
August 24, 2024, 11:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 24, 2024, 5:26 am

**In Transit to Next Facility**
August 20, 2024

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
August 16, 2024, 4:52 am

**Arrived at USPS Regional Origin Facility**
SPOKANE WA DISTRIBUTION CENTER

August 15, 2024, 10:38 pm

**Departed Post Office**
NORDMAN, ID 83848
August 15, 2024, 2:27 pm

**USPS in possession of item**
NORDMAN, ID 83848
August 15, 2024, 1:13 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                    ⌄

Product Information                                                    ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Idaho

| | |
|---|---|
| Nathanael Donald Lewis | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24-cv-00364-AKB |
| | ) |
| Antony L. Blinken, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    United States
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**United States Courts
District of Idaho
ISSUED**
AnneCopas
on Aug 15, 2024 10:08 am

Date:    August 15, 2024

*Signature of Clerk or Deputy Clerk*

*Copy*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Att'y General, Merrick Garland
was received by me on *(date)* 15th August 2024

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify):* MAILED at Noodman, Idaho 83848 POST OFFICE,
15 Aug 2024.  Cert.# 7019 2970 0001 0479 9771

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 15th August 2024

*Lawrence D. Lewis*
Server's signature
Natel's Father
Lawrence D. Lewis
Printed name and title

966 Bourbon Lane
Server's address
Nordman, Idaho. 83848

Additional information regarding attempted service, etc:

*p14 of*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Idaho

|  |  |
|---|---|
| Nathanael Donald Lewis | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24-cv-00364-AKB |
|  | ) ) ) |
| Antony L. Blinken, et al. | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Scott A. Miller
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho

**ISSUED**

*AnneCopas*
on Aug 15, 2024 10:10 am

Date: August 15, 2024

*Signature of Clerk or Deputy Clerk*

*p15 of 57*

*CORY*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                ; or

☐ I returned the summons unexecuted because                    ; or

☒ Other *(specify):* MAILED at Nordman, Idaho 83848 POST OFFICE
Certified # 7019-2970-0005-0479-9801

My fees are $       0       for travel and $       0       for services, for a total of $       0.00

I declare under penalty of perjury that this information is true.

Date: 15th August 2024

*Lawrence D. Lewis*
Nate's Father        Server's signature

*Lawrence D. Lewis*
Printed name and title

*906 Bartan Lane*
Server's address

*Nordman, Idaho 83848*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

|  |  |  |
|---|---|---|
| Nathanael Donald Lewis | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00364-AKB |
| | ) | |
| Antony L. Blinken, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States Courts
District of Idaho

**ISSUED**

*AnneCopas*
on Aug 15, 2024 10:11 am

Date: August 15, 2024

*Signature of Clerk or Deputy Clerk*

*p16 of 17*

*COPY*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PAUL PEEK**

was received by me on *(date)* **15th August 2024**

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* **MAILED from Nordman Post Office Nordman, Idaho 38848. Certified # 7016 2070 0001 5807 9785**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **August 15th 2024**

**Lawrence D. Lewis**
Server's signature

**Lawrence D. Lewis**
Printed name and title
**Nate's Father**

**966 Bourbon Lane**
Server's address
**NORDMAN, IDAHO 83848**

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Idaho

| | |
|---|---|
| Nathanael Donald Lewis | ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No. 2:24-cv-00364-AKB |
| | ) ) ) |
| Antony L. Blinken, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Celeste F. (Passport Agent/Adjudicator)
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States Courts
District of Idaho

### ISSUED
AnneCopas
on Aug 15, 2024 10:13 am

*Signature of Clerk or Deputy Clerk*

Date:    August 15, 2024



COPY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Celeste F
was received by me on *(date)* 15 th August 2024

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* MAILED at Nordman, Idaho 83848 POST OFFICE
15 Aug 2024    Cert # 7019 2970 0001 0479 9818

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: August 15 th 2024                    *Lawrence D. Lewis*
                                            Server's signature

                                            Natel's Father
                                            Lawrence D. Lewis
                                            Printed name and title

                                            966 Boorbon Lane
                                            Nordman, Idaho 83848
                                            Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | | |
|---|---|---|
| Nathanael Donald Lewis | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00364-AKB |
| Antony L. Blinken, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Antony L. Blinken
Secretary of State, United States of America
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**United States Courts
District of Idaho
ISSUED**
*AnneCopas*
on Aug 15, 2024 10:05 am

Date: August 15, 2024

*Signature of Clerk or Deputy Clerk*

p130f22

Case 2:24-cv-00364-AKB    Document 6-2    Filed 12/10/24    Page 40 of 48
Case 2:24-cv-00364-AKB    Document 3    Filed 08/15/24    Page 2 of 2

COPY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Antony Blinken

was received by me on *(date)*  15th Aug 2024

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  MAILED at Nordman, Idaho P.O. 15 Aug 2024,
Cert # 7016  2070  0001  5807  9006

My fees are $  0  for travel and $  0  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 15 August 2024

Lawrence D. Lewis
Server's signature

LAWRENCE D. Lewis
Nate's Father   Printed name and title

966 Bourbon Lane Nordman, Idaho
Server's address   83848

Additional information regarding attempted service, etc:

pl4 of 22

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

Nathanael Donald Lewis

_Plaintiff_

v.                                                   Civil Action No. 2:24-cv-00364-AKB

Antony L. Blinken, et al.

_Defendants_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

United States
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States Courts
District of Idaho
**ISSUED**
AnneCopas
on Aug 15, 2024 10:08 am

_Signature of Clerk or Deputy Clerk_

Date: August 15, 2024

p5 of 72

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Atty General, Merrick Garland**

was received by me on *(date)* **15th August 2024**

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify):* **MAILED at Noodman, Idaho 83848 POST OFFICE, 15 Aug 2024. Cert.# 7019 2970 0001 0479 9771**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **15th August 2024**

*Lawrence D. Lewis*
Server's signature

**Natal's Father**
**Lawrence D. Lewis**
Printed name and title

**966 Bourbon Lane**
Server's address
**Noodman, Idaho. 83848**

Additional information regarding attempted service, etc:

Case 2:24-cv-00364-AKB    Document 4    Filed 08/15/24    Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | | |
|---|---|---|
| Nathanael Donald Lewis | } } } } } | |
| *Plaintiff(s)* | } | |
| v. | } | Civil Action No. 2:24-cv-00364-AKB |
| | } } } | |
| Antony L. Blinken, et al. | } } | |
| *Defendant(s)* | } | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Scott A. Miller
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho

**ISSUED**

*AnneCopas*
on Aug 15, 2024 10:10 am

Date:  August 15, 2024

*Signature of Clerk or Deputy Clerk*

p17 of 22

*CORY*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                        ; or

☐ I returned the summons unexecuted because                                    ; or

☒ Other *(specify)*: MAILED at Nordman Idaho 83848 POSTOFFICE
Certified # 7019-2970-0005-0479-9801

My fees are $        *0*        for travel and $        *0*        for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date: *15 th August 2024*

*Lawrence D. Lewis*
Nate's Father                Server's signature

*Lawrence D. Lewis*
Printed name and title

*906 Bawton Lane*
Server's address
*Nordman, Idaho 83848*

Additional information regarding attempted service, etc:

*p18 of 22*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Idaho

|  |  |  |
|---|---|---|
| Nathanael Donald Lewis | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00364-AKB |
| | ) | |
| Antony L. Blinken, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho

**ISSUED**

*AnneCopas*
on Aug 15, 2024 10:11 am

Date:  August 15, 2024

*Signature of Clerk or Deputy Clerk*

p19of22

*COPY*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAUL PEEK

was received by me on *(date)* 15ᵗʰ August 2024

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):* MAILED from Nordman Post Office Nordman,
Idaho 83845. Certified # 7016 2070 0001 5807 9785

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: August 15ᵗʰ 2024

*Lawrence D. Lewis*
Server's signature

Lawrence D. Lewis
Printed name and title
Nate's Father

966 Bourbon Lane
Server's address

NORDMAN, IDAHO 83848

Additional information regarding attempted service, etc:

p 208/22

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Idaho

|  |  |  |
|---|---|---|
| Nathanael Donald Lewis | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00364-AKB |
| Antony L. Blinken, et al. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Celeste F. (Passport Agent/Adjudicator)
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathanael Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho

**ISSUED**

*AnneCopas*
on Aug 15, 2024 10:13 am

Date:  August 15, 2024

_____
*Signature of Clerk or Deputy Clerk*

p 2 d l 22

*COPY*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00364-AKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Celeste F

was received by me on *(date)* 15th August 2024

☐ I personally served the summons on the individual at *(place)*

                                                        on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                    , a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                        on *(date)*              ; or

☐ I returned the summons unexecuted because                                        ; or

☒ Other *(specify):* MAILED at Nordman, Idaho 83848 POST OFFICE
15 Aug 2024    Cert # 7019 2970 0001 0479 9818

My fees are $            for travel and $            for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date: August 15th 2024

                        *Lawrence D. Lewis*
                        *Server's signature*

                        Natels Father
                        Lawrence D. Lewis
                        *Printed name and title*

                        966 Boorbon Lane
                        *Server's address*
                        Nordman, Idaho 83848

Additional information regarding attempted service, etc:

p28 of 22