Case 2:24-cv-00364-AKB   Document 6-3   Filed 12/10/24   Page 1 of 2

U.S. COURTS

DEC 10 2024

Revd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
### for the District of Idaho

Nathanael Donald Lewis )
)
Plaintiff )
)
) Case No: 2:24-cv-364 - AKB
)
)
)
Antony L. Blinken, in his Official capacity as )
Secretary of State, et al., )

## CERTIFICATE OF SERVICE

I, Lawrence Donald Lewis, hereby declare that on the 27th day of November 2024, I served the five defendants and the Court, by Certified U.S. Mail. Included were to each Defendant were the Plaintiff / Petitioners Demand for Entry of Default, with its Attachment 1, Proof of Service affidavits. Copies of these documents were sent to:

Antony L. Blinken, Secretary of State, United States of America
Executive Office of the Office of the Legal Adviser U.S. Department of State
600 19th Street NW, Suite 5.600 Washington DC 20522
Certified mail # 7019 2970 0001 0479 9832

Merrick Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW Washington, DC 20530-0001
Certified mail # 7019 2970 0001 0479 9849

Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser U.S. Department of State
600 19th Street NW, Suite 5.600 Washington DC 20522
Certified mail # 7019 2970 0001 0479 9856

Scott M. Miller
Executive Office of the Office of the Legal Adviser U.S. Department of State
600 19th Street NW, Suite 5.600 Washington DC 20522
Certified mail # 7019 2970 0001 0479 9863

1

Celeste F.
Executive Office of the Office of the Legal Adviser U.S. Department of State
600 19th Street NW, Suite 5.600 Washington DC 20522
Certified mail # 7019 2970 0001 0479 9870

Steven W. Kenyon, Clerk
United States District Court, District of Idaho
500 West Fort Street
Boise, Idaho  83714
Certified Mail # 7019 2970 0001 0479 9894

I, Lawrence Donald Lewis, hereby swear that the foregoing statement is true, under the penalty of perjury by the laws of the United States.

*Lawrence Donald Lewis*   Nov 27th 2024

Lawrence D. Lewis
966 Bourbon Lane
Nordman, Idaho 83848
208-443-3852
larrynordlewis@povn.com

2