U.S. COURTS

DEC 10 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
## for the
## District of Idaho

| | |
|---|---|
| Nathanael Donald Lewis ) | |
| ) | |
| *Plaintiff* ) | Case No: 2:24-cv-00364, AKB |
| ) | |
| v. ) | |
| ) | |
| Antony L. Blinken, et al. ) | |
| ) | |
| *Defendants* ) | |

**COVER SHEET**

**PLAINTIFF/PETITIONER DEMAND FOR ENTRY OF DEFAULT – 3 pages**

**PROPOSED ORDER – 1 page**

**ATTACHMENT 1 - Corrected PROOF OF SUMMONS SERVED – 22 pages**

**Certificate of Service for 27th of November 2024 stuff – 2 pages**