Nathanael Lewis
208-443-3852  M 208-304-7958
966 Bourbon Lane
Nordman, Idaho 83848

7019 2970 0001 0479 9894

Steven W. Kenyon, Clerk
United States District Court, District of Idaho
550 West Fort Street
Boise, Idaho 83724

Certified Mail # 7019 2970 0001 0479 9894

83702

RDC 99

Retail

$7

83702